1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2724

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,      )
                                   )
12            Plaintiff,           )   NO. 2:12-CR-0061 WBS
                                   )
13      v.                         )   ORDER UNSEALING FILES
                                   )
14  GENNADIY YURKEVICH,            )
                                   )
15            Defendant.           )
    _____)
16

17      Upon application of the government, and good cause appearing

18  therefore, IT IS HEREBY ORDERED that the files in the above-

19  referenced case be, and hereby are, UNSEALED.

20  DATED: March 1, 2012

21                              /s/ Carolyn K. Delaney
                                HONORABLE CAROLYN K. DELANEY
22                              United States Magistrate Judge

23

24

25

26

27

28