**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Gennadiy Yurkevich

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Gennadiy Yurkevich<br><br>    Defendant | Case No.: Cr.S-12-61-JAM<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE**<br><br>DATE:  May 22, 2012<br>TIME:  9:30 a.m.<br>JUDGE: Hon. John A. Mendez |

Counsel for the Defendant needs additional time to allow the defendant to complete the in-patient rehabilitation program he is enrolled in at The Effort; for ongoing investigation; and for additional time to negotiate with the Government. Therefore, it is requested that the Status Conference set for May 22, 2012 at 9:30 a.m. be continued to July 10, 2012 at 9:30 a.m.. I have spoken to one of the prosecuting AUSA's, Lee Bickley, who has no opposition to this request. In fact, she has agreed that I may sign her name to this request.

# STIPULATION

Plaintiff, United States, and Defendant, Gennadiy Yurkevich, through their undersigned counsel, hereby stipulate and agree that the Court may re-set the date for the Status Conference to July 10, 2012 at 9:30 a.m. The parties further stipulate that time may be excluded from the Speedy Trial Act calculation from the date of May 22, 2012, the date currently set for the Status Conference, to July 10, 2012, the new Status Conference date, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4 in order to give Counsel for the Defendant reasonable time to prepare.

**IT IS SO STIPULATED.**

DATED: May 17, 2012          BENJAMIN B. WAGNER
                             United States Attorney

                             /s/ Lee Bickley
                             by Jan David Karowsky w/
                             Ms. Bickley's approval

                        by
                             Lee Bickley
                             Assistant U.S. Attorney
                             by Jan David Karowsky

DATED: May 17, 2012          JAN DAVID KAROWSKY
                             Attorney at Law
                             A Professional Corporation

                             /s/ Jan David Karowsky, Esq.

                        by
                             JAN DAVID KAROWSKY
                             Attorney for Defendant
                             Gennadiy Yurkevich

# **ORDER**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance of the date now set for a Status Conference in this case would deny respective counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such a continuance outweigh the interests of the public and the defendant in conducting a Status Conference on the date now set.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 5/17/2012 /s/ John A. Mendez
**John A. Mendez, Judge**
United States District Court