**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Gennadiy Yurkevich

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Gennadiy Yurkevich,<br><br>　　　　Defendant | Case No.: Cr.S-12-61-JAM<br><br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br><br>DATE:　October 2, 2012<br>TIME:　　9:45 a.m.<br>JUDGE:　Hon. John A. Mendez |

**O R D E R**

GOOD CAUSE APPEARING, based on the Stipulation of the parties, IT IS HEREBY ORDERED that the status conference is continued to January 15, 2013 at 9:45 a.m.. For the reasons recited above, the Court finds that the ends of justice to be served by a continuance

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through January 15, 2013.

**IT IS SO FOUND AND ORDERED** this 28th day of September, 2012

/s/ John A. Mendez
**JOHN A. MENDEZ**
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com